[*Miami Exporting Company v. Holly's heirs.*]

### WILHELMINA GUEMBELL *v.* JOSEPH GUEMBELL.

A divorce will be decreed, where the husband converts his effects into money, leaves his wife and returns to Germany, after three years absence.

DIVORCE. Cause, wilful absence. It appeared that these parties were married in Germany, eight years ago. In Philadelphia they quarreled, because, as was alleged, he was after other women. They made that up and removed to Ohio, where, after seven or eight months, he collected all her property and furniture, converted it into cash, and left for Germany, as he said, never to return. She afterwards expressed a wish that he never would return. She was left destitute, has since been in the employ of a reputable family as a seamstress, and sustains a good reputation. He has been gone more than three years without being heard from.

Divorce decreed, with $150 alimony and costs.